**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BARON JOHNSON**                                    **CIVIL ACTION**

**VERSUS**                                           **NO.  15-2766**

**HARVEY STATE BUILDING, ET AL.**                    **SECTION "H" (3)**

**ORDER**

  The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

  **IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for failure to comply with this Court's July 27, 2015 by filing an amended complaint which includes a short and plain statement of each claim that he wishes to assert against the defendants.

  New Orleans, Louisiana, this ___21st___ day ____September____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**